866 A.2d 981

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER AND CROSS–RESPONDENT, v. MICHAEL J. NATALE, DEFEN-DANT–RESPONDENT AND CROSS–PETITIONER.

January 20, 2005.

## ORDER ON CERTIFICATION

IT IS ORDERED that the State's petition for certification and defendant's cross-petition for certification are granted.

866 A.2d 982

ESTATE OF MICHAEL DEMARTINO, PLAINTIFF–PETITIONER, v. DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES, DEFENDANT–RESPONDENT.

January 28, 2005.

Denied.